

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Justin Griffin, Appellant

No. 06-17-00117-CV        v.

Larry McCathran, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 16-0895). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess, participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Justin Griffin, pay all costs of this appeal.

RENDERED APRIL 10, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk